**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**WANDA COBURN** **PLAINTIFF**

**V.** **CASE NO. 2:25-CV-2166**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Currently before the Court is the Report and Recommendation (Doc. 22) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, dated October 9, 2026, regarding Plaintiff's Stipulated Motion for Attorney's Fees (Doc. 20). More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 20) is **GRANTED**, and Plaintiff is awarded the sum of **$6,900.00** in attorney's fees under the Equal Access to Justice Act.

**IT IS SO ORDERED** on this 27th day of October, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE